# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

    Plaintiff,    Criminal No. 09-55 (1-9) (RHK/RLE)

vs.

               **ORDER**

Antonio Derrick Smith (1),
Raymond Vick Bowser (2),
Michael Clark (3),
Damien Lavon Spraggins (4),
Earl David Bowser (5),
Antione Maurice Easter (6),
Alten Eugene Hall (7),
Andre Terrell Harris (8),
Arkeith C. Mosby (9),

    Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 5, 2009

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge